# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § |
| vs. | §  Case Number:  DR:25-M -03935(1) |
| | § |
| (1) Esmeralda Guadalupe Hernandez Tula | § |
| *Defendant* | |

# ORDER

On motion of the United States Government requesting detention of the Defendant, (1) Esmeralda Guadalupe Hernandez Tula, a hearing was set for 09/23/2025.

GILBERTO SOLANO was appointed to represent the defendant. On 09/19/2025, the attorney for the defendant filed a Waiver of Preliminary and Detention Hearing signed by the attorney, and the defendant waiving the hearings and the right to contest the Government's motion,

THEREFORE, pursuant to this waiver, it is ordered that the defendant be detained without bond until the completion of this case.

SIGNED this 22nd day of September, 2025.

_____
JOSEPH A CORDOVA
UNITED STATES MAGISTRATE JUDGE